IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | Case No: |
| vs. | § § | PATENT CASE |
| AVA ENTERPRISES, LLC | § § | |
| Defendant. | § § § | |

## COMPLAINT

Plaintiff Display Technologies, LLC ("Plaintiff" or "Display") files this Complaint against Ava Enterprises, LLC ("Defendant" or "Boss") for infringement of United States Patent No. 9,300,723 (the " '723 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with a place of business at 1801 NE 123rd Street, Suite 314, North Miami, FL 33161.

4. On information and belief, Defendant is a Delaware limited liability company with a principal office address of 3451 Lunar Ct., Oxnard, CA 93030.

5. This Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted

business in this District, and/or has engaged in continuous and systematic activities in this District.

6. Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to be a resident of this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,300,723)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '723 Patent with sole rights to enforce the '723 Patent and sue infringers.

11. A copy of the '723 Patent, titled "Enabling social interactive wireless communications," is attached hereto as Exhibit A.

12. The '723 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Defendant has infringed and continues to infringe one or more claims, including at least Claim 12 of the '723 Patent by making, using, and/or selling media systems covered by one or more claims of the '723 Patent. For example, Defendant makes, uses, and/or sells the BV9964B receiver, Bluetooth enabled in-dash DVD/MP3/CD receiver, and any similar products ("Product"). Defendant has infringed and continues to infringe the '723 Patent in

violation of 35 U.S.C. § 271.

14.     Regarding Claim 12, the Product is configured to receive a media file (e.g., music file) from a wireless mobile device (e.g., mobile phone) over a communication network (e.g. Bluetooth network).  The wireless mobile device (e.g., mobile phone) sends data (e.g., music file) to the media system.  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search

> **Audio Streaming**
>
> Audio streaming [A2DP] is an audio protocol of Bluetooth technology. This profile allows for audio to be streamed wirelessly from your compatible device, such as a Smartphone, to the source unit so you can enjoy your favorite music or streaming music service such as Pandora or Spotify, wirelessly.

Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search

> **Bluetooth**
>
> Allows our Bluetooth equipped source units to make wireless hands-free calls when paired with a Bluetooth equipped Smartphone. Communicate via the built in microphone on most of our units [or external microphone if provided] and listen thru your car's speakers.

Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search

15. The Product includes a wireless receiver (e.g., Bluetooth receiver). Certain aspects of this element are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



**BV9964B**
**BLUETOOTH®- ENABLED**
IN-DASH DVD/MP3/CD RECEIVER
WITH MOTORIZED, FLIP-OUT 7" WIDESCREEN
TOUCH SCREEN TFT MONITOR
WITH USB AND SD MEMORY CARD PORTS
AND FRONT PANEL AUX INPUT
RDS COMPATIBLE MODEL

Source: https://bossaudio.com/manual/BV9964B_EN_UM.PDF

> **Audio Streaming**
>
> Audio streaming [A2DP] is an audio protocol of Bluetooth technology. This profile allows for audio to be streamed wirelessly from your compatible device, such as a Smartphone, to the source unit so you can enjoy your favorite music or streaming music service such as Pandora or Spotify, wirelessly.

Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search

> **Bluetooth**
>
> Allows our Bluetooth equipped source units to make wireless hands-free calls when paired with a Bluetooth equipped Smartphone. Communicate via the built in microphone on most of our units [or external microphone if provided] and listen thru your car's speakers.

Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search

16. The Product includes a security measure. For example, the Product must paired and connected by inputting a password (i.e., a security measure) to a wireless mobile device (e.g. mobile phone) before receiving a media file. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**[operation way]**

Set your cell phone to Bluetooth mode, and use cell phone to search equipment. After Bluetooth equipment of this unit has been search by cell phone, cell phone will Ask you for Bluetooth matching password.. touch matching setup button on unit and input Bluetooth Password(0000) on cell phone and confirm it. Cell phone will note to whether authorize Connection with this equipment. Please select "yes" .Cell phone will auto establish connection with Bluetooth of the equipment within 20seconds. Under any mode(radio, DVD etc. if there is an incoming call to your cell phone, the unit will switch from current state to Bluetooth. It will automatically restore current mode after hanging up.

**Note:** if Bluetooth equipment matching with this unit correctly, it will display "LINK OK" otherwise it displays "NO LINK".

Source: https://bossaudio.com/manual/BV9964B_EN_UM.PDF

17. The Product is disposed in an accessible relation to at least one interactive computer network (e.g., Bluetooth network) that has a wireless range structured to permit authorized access (e.g., via pairing code) to said at least one interactive computer network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**BULETOOTH FUNCTION**
1. Bluetooth wireless transfers
2. Displaying bluetooth paring and connection status, call status, and caller's ID
3. Fast performance, fast connection, accurate and sensible search for devices in range
4. Support A2DP, AVRCP, HS/HF for handling calls and playing music

Source: https://bossaudio.com/manual/BV9964B_EN_UM.PDF

> **[operation way]**
> Set your cell phone to Bluetooth mode, and use cell phone to search equipment.
> After Bluetooth equipment of this unit has been search by cell phone, cell phone will
> Ask you for Bluetooth matching password.. touch matching setup button on unit and input
> Bluetooth Password(0000) on cell phone and confirm it. Cell phone will note to whether authorize
> Connection with this equipment. Please select "yes". <u>Cell phone will auto establish connection
> with Bluetooth of the equipment within 20seconds. Under any mode(radio, DVD etc. if there is an
> incoming call to your cell phone, the unit will switch from current state to Bluetooth. It will
> automatically restore current mode after hanging up.</u>
> **Note:** if Bluetooth equipment matching with this unit correctly, it will display "LINK OK"
> otherwise it displays "NO LINK".

Source: https://bossaudio.com/manual/BV9964B_EN_UM.PDF

      18.    When the wireless mobile device is within the wireless range, the wireless mobile device is detectable by the media system (e.g., the media system automatically detects a smartphone when the mobile device is within Bluetooth range). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

> **BULETOOTH FUNCTION**
> 1. Bluetooth wireless transfers
> 2. Displaying bluetooth paring and connection status, call status, and caller's ID
> <u>3. Fast performance, fast connection, accurate and sensible search for devices in range</u>
> <u>4. Support A2DP, AVRCP, HS/HF for handling calls and playing music</u>

Source: https://bossaudio.com/manual/BV9964B_EN_UM.PDF

**[operation way]**

Set your cell phone to Bluetooth mode, and use cell phone to search equipment.
After Bluetooth equipment of this unit has been search by cell phone, cell phone will
Ask you for Bluetooth matching password.. touch matching setup button on unit and input
Bluetooth Password(0000) on cell phone and confirm it. Cell phone will note to whether authorize
Connection with this equipment. Please select "yes" .Cell phone will auto establish connection
with Bluetooth of the equipment within 20seconds. Under any mode(radio, DVD etc. if there is an
incoming call to your cell phone, the unit will switch from current state to Bluetooth. It will
automatically restore current mode after hanging up.
Note: if Bluetooth equipment matching with this unit correctly, it will display "LINK OK"
otherwise it displays "NO LINK".

Source: https://bossaudio.com/manual/BV9964B_EN_UM.PDF

19. At least one digital media file (e.g., music file) is initially disposed on the wireless mobile device (e.g., the mobile phone includes one or more music files). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**Audio Streaming**

Audio streaming [A2DP] is an audio protocol of Bluetooth technology. This profile allows for audio to be streamed wirelessly from your compatible device, such as a Smartphone, to the source unit so you can enjoy your favorite music or streaming music service such as Pandora or Spotify, wirelessly.

Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search

**Bluetooth**

Allows our Bluetooth equipped source units to make wireless hands-free calls when paired with a Bluetooth equipped Smartphone. Communicate via the built in microphone on most of our units [or external microphone if provided] and listen thru your car's speakers.

Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search

20. The media system is structured to detect the wireless mobile device disposed within the wireless range (e.g., media system automatically detects the mobile phone when it is within Bluetooth range). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**BULETOOTH FUNCTION**
1. Bluetooth wireless transfers
2. Displaying bluetooth paring and connection status, call status, and caller's ID
3. Fast performance, fast connection, accurate and sensible search for devices in range
4. Support A2DP, AVRCP, HS/HF for handling calls and playing music

Source: https://bossaudio.com/manual/BV9964B_EN_UM.PDF

**[operation way]**
Set your cell phone to Bluetooth mode, and use cell phone to search equipment. After Bluetooth equipment of this unit has been search by cell phone, cell phone will Ask you for Bluetooth matching password.. touch matching setup button on unit and input Bluetooth Password(0000) on cell phone and confirm it. Cell phone will note to whether authorize Connection with this equipment. Please select "yes" .Cell phone will auto establish connection with Bluetooth of the equipment within 20seconds. Under any mode(radio, DVD etc. if there is an incoming call to your cell phone, the unit will switch from current state to Bluetooth. It will automatically restore current mode after hanging up.
Note: if Bluetooth equipment matching with this unit correctly, it will display "LINK OK" otherwise it displays "NO LINK".

Source: https://bossaudio.com/manual/BV9964B_EN_UM.PDF

21. A communication link (e.g., Bluetooth) is structured to dispose the media system and the wireless mobile device (e.g. mobile phone) in a communicative relation with one another via the at least one interactive computer network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**[operation way]**

Set your cell phone to Bluetooth mode, and use cell phone to search equipment.
After Bluetooth equipment of this unit has been search by cell phone, cell phone will
Ask you for Bluetooth matching password.. touch matching setup button on unit and input
Bluetooth Password(0000) on cell phone and confirm it. Cell phone will note to whether authorize
Connection with this equipment. Please select "yes" .<u>Cell phone will auto establish connection
with Bluetooth of the equipment within 20seconds. Under any mode(radio, DVD etc. if there is an
incoming call to your cell phone, the unit will switch from current state to Bluetooth. It will
automatically restore current mode after hanging up.</u>
Note: if Bluetooth equipment matching with this unit correctly, it will display "LINK OK"
otherwise it displays "NO LINK".

Source: https://bossaudio.com/manual/BV9964B_EN_UM.PDF

## Audio Streaming

Audio streaming [A2DP] is an audio protocol of Bluetooth technology. This profile allows for audio to be streamed wirelessly from your compatible device, such as a Smartphone, to the source unit so you can enjoy your favorite music or streaming music service such as Pandora or Spotify, wirelessly.

Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search

> **Bluetooth**
>
> Allows our Bluetooth equipped source units to make wireless hands-free calls when paired with a Bluetooth equipped Smartphone. Communicate via the built in microphone on most of our units [or external microphone if provided] and listen thru your car's speakers.

Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search

**BULETOOTH FUNCTION**
1. Bluetooth wireless transfers
2. Displaying bluetooth paring and connection status, call status, and caller's ID
3. Fast performance, fast connection, accurate and sensible search for devices in range
4. Support A2DP, AVRCP, HS/HF for handling calls and playing music

Source: https://bossaudio.com/manual/BV9964B_EN_UM.PDF

22. The communication link is initiated by the media system. The devices will automatically connect when the units are in range. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**Audio Streaming**

Audio streaming [A2DP] is an audio protocol of Bluetooth technology. This profile allows for audio to be streamed wirelessly from your compatible device, such as a Smartphone, to the source unit so you can enjoy your favorite music or streaming music service such as Pandora or Spotify, wirelessly.

Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search

**Bluetooth**

Allows our Bluetooth equipped source units to make wireless hands-free calls when paired with a Bluetooth equipped Smartphone. Communicate via the built in microphone on most of our units [or external microphone if provided] and listen thru your car's speakers.

Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search

**BULETOOTH FUNCTION**
1. Bluetooth wireless transfers
2. Displaying bluetooth paring and connection status, call status, and caller's ID
3. Fast performance, fast connection, accurate and sensible search for devices in range
4. Support A2DP, AVRCP, HS/HF for handling calls and playing music

Source: https://bossaudio.com/manual/BV9964B_EN_UM.PDF

**[operation way]**
Set your cell phone to Bluetooth mode, and use cell phone to search equipment. After Bluetooth equipment of this unit has been search by cell phone, cell phone will Ask you for Bluetooth matching password.. touch matching setup button on unit and input Bluetooth Password(0000) on cell phone and confirm it. Cell phone will note to whether authorize Connection with this equipment. Please select "yes" .Cell phone will auto establish connection with Bluetooth of the equipment within 20seconds. Under any mode(radio, DVD etc. if there is an incoming call to your cell phone, the unit will switch from current state  to Bluetooth. It will automatically restore current mode after hanging up.
Note: if Bluetooth equipment matching with this unit correctly, it will display "LINK OK" otherwise it displays "NO LINK".

Source: https://bossaudio.com/manual/BV9964B_EN_UM.PDF

23.     The wireless mobile device and the media system are structured to transmit the at least one digital media file there between via the communication link (e.g., media system allows for the transmission of files between itself and the wireless mobile device; e.g., the mobile device transmits the music file to the media system). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

> **Audio Streaming**
>
> Audio streaming [A2DP] is an audio protocol of Bluetooth technology. This profile allows for audio to be streamed wirelessly from your compatible device, such as a Smartphone, to the source unit so you can enjoy your favorite music or streaming music service such as Pandora or Spotify, wirelessly.

Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search

> **Bluetooth**
>
> Allows our Bluetooth equipped source units to make wireless hands-free calls when paired with a Bluetooth equipped Smartphone. Communicate via the built in microphone on most of our units [or external microphone if provided] and listen thru your car's speakers.

Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search

> **BULETOOTH FUNCTION**
> 1. Bluetooth wireless transfers
> 2. Displaying bluetooth paring and connection status, call status, and caller's ID
> 3. Fast performance, fast connection, accurate and sensible search for devices in range
> 4. Support A2DP, AVRCP, HS/HF for handling calls and playing music

Source: https://bossaudio.com/manual/BV9964B_EN_UM.PDF

24. The communication link is structured to bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system (e.g., the media system bypasses the security measure of the Bluetooth network). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**[operation way]**

Set your cell phone to Bluetooth mode, and use cell phone to search equipment.
After Bluetooth equipment of this unit has been search by cell phone, cell phone will
Ask you for Bluetooth matching password.. touch matching setup button on unit and input
Bluetooth Password (0000) on cell phone and confirm it. Cell phone will note to whether authorize
Connection with this equipment. Please select "yes" . Cell phone will auto establish connection
with Bluetooth of the equipment within 20seconds. Under any mode(radio, DVD etc. if there is an
incoming call to your cell phone, the unit will switch from current state to Bluetooth. It will
automatically restore current mode after hanging up.

Note: if Bluetooth equipment matching with this unit correctly, it will display "LINK OK"
otherwise it displays "NO LINK".

Source: https://bossaudio.com/manual/BV9964B_EN_UM.PDF

### Audio Streaming

Audio streaming [A2DP] is an audio protocol of Bluetooth technology. This profile allows for audio to be streamed wirelessly from your compatible device, such as a Smartphone, to the source unit so you can enjoy your favorite music or streaming music service such as Pandora or Spotify, wirelessly.

Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search

### Bluetooth

Allows our Bluetooth equipped source units to make wireless hands-free calls when paired with a Bluetooth equipped Smartphone. Communicate via the built in microphone on most of our units [or external microphone if provided] and listen thru your car's speakers.

Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search



Source: https://www.bossaudio.com/?post_type=product&p=544846&preview=true&from=search

25. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

26. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

27. Plaintiff is in compliance with 35 U.S.C. § 287.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice

of the order from further infringement of United States Patent No. 9,300,723 (or, in the alternative, awarding Plaintiff running royalties from the time of judgment going forward);

(c)     Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d)     Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e)     Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: February 23, 2020         Respectfully submitted,

*/s/ Jimmy Chong*
**JIMMY CHONG, ESQ. (#4839)**
**CHONG LAW FIRM**
2961 Centerville Rd.
Ste 350
Wilmington, DE 19808
302-999-9480
chong@chonglawfirm.com

**ATTORNEY FOR PLAINTIFF**

of the order from further infringement of United States Patent No. 9,300,723 (or, in the alternative, awarding Plaintiff running royalties from the time of judgment going forward);

(c)     Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d)     Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e)     Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: February 23, 2020         Respectfully submitted,

*/s/ Jimmy Chong*
**JIMMY CHONG, ESQ. (#4839)**
**CHONG LAW FIRM**
2961 Centerville Rd.
Ste 350
Wilmington, DE 19808
302-999-9480
chong@chonglawfirm.com

**ATTORNEY FOR PLAINTIFF**

# EXHIBIT A