## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | Case No: 1:20-cv-00262-RGA |
| vs. | § § | PATENT CASE |
| AVA ENTERPRISES, LLC | § § | |
| Defendant. | § § § | |

## **MOTION TO TRANSFER VENUE**

Plaintiff, Display Technologies, LLC ("DT") and Ava Enterprises, LLC hereby submits this Motion to Transfer Venue.

On March 25, 2020, the counsel for Plaintiff and for Ava Enterprises, Inc. conferred and agreed that Ava Enterprises, Inc. was the correct entity to be named in this matter. Plaintiff filed a Motion to Substitute Parties (Dkt. 6). The Court's decision on this motion is pending.

Defendant Ava Enterprises, Inc. is a California S Corp and headquartered in Oxnard, California. Therefore, in the event that Ava Enterprises, Inc. is substituted for Ava Enterprises, LLC, Plaintiff respectfully request that this matter be transferred to the Central District of California.

Plaintiff Display Technologies, LLC therefore moves the Court for an order transferring this matter to the Central District of California.

Dated March 29, 2020                               Respectfully Submitted,

                                                    */s/ Jimmy Chong*
                                                    **Jimmy C. Chong**
                                                    The Chong Law Firm, P.A.
                                                    2961 Centerville Road, Suite 350
                                                    Wilmington, DE 19808

(302) 999-9480
Email: chong@chonglawfirm.com

**ATTORNEYS FOR PLAINTIFF
DISPLAY TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 29, 2020March 29, 2020.

*/s/ Jimmy Chong*
Jimmy Chong